**DENIED and Opinion Filed January 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00088-CV

### IN RE MICHAEL GIBB, Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-55837-2009**

## MEMORANDUM OPINION
Before Justices Lang, Fillmore, and Brown
Opinion by Justice Lang

Relator requests that the Court order the trial court to vacate its order permitting real party in interest unsupervised overnight visitation with the child who is the subject of this suit affecting the parent-child relationship. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). Accordingly, we deny relators' petition for writ of mandamus. TEX. R. APP. P. 52.8(a).

/ Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

150088F.P05